# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page   1

| In RE: | RYAN E. SHARP | AIMEE C. SHARP | Case Number | 10/6/2016 |
|---|---|---|---|---|
| | 1430 YOSEMITE PARKWAY | | **16-80545  TML** | |
| | ALGONQUIN IL 60102 | | SS #:   xxx-xx-8535    xxx-xx-2888 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| # | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | CUTLER & ASSOCIATES, LTD<br>4131 MAIN STREET | ATTORNEY DAVID CUTLER<br>SKOKIE,IL 60076- | 07/22/2016 | 4,000.00 | 4,000.00 | 0.00 | Legal | 100.00 |
| 001-0 | CAPITAL ONE AUTO FINANCE (CODB<br>PO BOX 201347 | % ASCENSION CAPITAL GROUP<br>ARLINGTON,TX 76006- | 05/12/2016 | 5,359.51 | 5,359.51 | 5.25 | Secured | 100.00 |
| 002-0 | WELLS FARGO DEALER SERVICES | PO BOX 17900<br>DENVER,CO 80217-0900 | 04/16/2016 | 8,751.79 | 8,751.79 | 5.25 | Secured | 100.00 |
| 004-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 03/27/2016 | 1,090.97 | 1,090.97 | 0.00 | Unsecured | 100.00 |
| 005-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 03/27/2016 | 776.13 | 776.13 | 0.00 | Unsecured | 100.00 |
| 006-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 03/27/2016 | 726.63 | 726.63 | 0.00 | Unsecured | 100.00 |
| 007-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 03/27/2016 | 710.98 | 710.98 | 0.00 | Unsecured | 100.00 |
| 008-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 03/27/2016 | 549.69 | 549.69 | 0.00 | Unsecured | 100.00 |
| 011-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK,VA 23541- | 07/05/2016 | 443.07 | 443.07 | 0.00 | Unsecured | 100.00 |
| 013-0 | QUANTUM3 GROUP LLC as agent fo<br>PO BOX 788 | COMENITY BANK<br>KIRKLAND,WA 98083-0788 | 04/26/2016 | 621.96 | 621.96 | 0.00 | Unsecured | 100.00 |
| 015-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 1,200.72 | 1,200.72 | 0.00 | Unsecured | 100.00 |
| 019-0 | RESURGENT CAPITAL SERVICES | PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 06/09/2016 | 1,181.01 | 1,181.01 | 0.00 | Unsecured | 100.00 |
| 021-0 | TEXAS GUARANTEED STUDENT LOAN | PO BOX 659602<br>SAN ANTONIO,TX 78265-9602 | 03/11/2016 | 10,654.90 | 10,654.90 | 0.00 | Unsecured | 100.00 |
| 026-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 803.45 | 803.45 | 0.00 | Unsecured | 100.00 |
| 027-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 353.83 | 353.83 | 0.00 | Unsecured | 100.00 |
| 028-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 242.22 | 242.22 | 0.00 | Unsecured | 100.00 |
| 029-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 893.60 | 893.60 | 0.00 | Unsecured | 100.00 |
| 032-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 598.08 | 598.08 | 0.00 | Unsecured | 100.00 |
| 034-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/24/2016 | 860.85 | 860.85 | 0.00 | Unsecured | 100.00 |
| 035-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN,MI 48090- | 06/21/2016 | 526.70 | 526.70 | 0.00 | Unsecured | 100.00 |

Continued on Next Page

# United States Bankruptcy Court
## Northern District Of Illinois
### Western Division

Page 2

In RE: RYAN E. SHARP    AIMEE C. SHARP    Case Number **16-80545 TML**  10/6/2016

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 036-0 | TD BANK USA, N.A.<br>PO BOX 3978 | C/O WEINSTEIN & RILEY, P.S.<br>SEATTLE, WA 98124- | 06/30/2016 | 217.02 | 217.02 | 0.00 | Unsecured | 100.00 |
| 037-0 | TD BANK USA, N.A.<br>PO BOX 3978 | C/O WEINSTEIN & RILEY, P.S.<br>SEATTLE, WA 98124- | 06/30/2016 | 215.77 | 215.77 | 0.00 | Unsecured | 100.00 |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
---------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  OCT 0 6 2016         By _____